**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-12147-mdc |
| Elizabeth Davidson, | Chapter 7 |
| Debtor. | |

**Order Granting Debtor's Motion for Waiver of Financial Management Course Requirement**

**AND NOW**, on this <u>  29th  </u> day of <u>  November  </u> 2023, upon consideration of the Debtor's Motion for Waiver Financial Management Course Requirement, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor's obligation to complete a pre-discharge financial management course is **WAIVED**.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge