United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                   Case No. 23-12147-mdc

Elizabeth Davidson                                                          Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Nov 29, 2023 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2023:**

**Recip ID**            **Recipient Name and Address**
db                 Elizabeth Davidson, 7905 Fairfield St Apt 2, Philadelphia, PA 19152-3406

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2023            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2023 at the address(es) listed below:**

**Name**                 **Email Address**

MICHAEL A. CIBIK
        on behalf of Debtor Elizabeth Davidson mail@cibiklaw.com  cibiklawpc@jubileebk.net;cibiklaw@recap.email

ROBERT H. HOLBER
        trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER
        on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-12147-mdc |
| Elizabeth Davidson, | Chapter 7 |
| Debtor. | |

**Order Granting Debtor's Motion for Waiver of Financial**
**Management Course Requirement**

      **AND NOW**, on this <u>29th</u> day of <u>November</u> 2023, upon consideration of the Debtor's Motion for Waiver Financial Management Course Requirement, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor's obligation to complete a pre-discharge financial management course is **WAIVED**.


_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge